| | |
|---|---|
| United States of America,<br>          Plaintiff, | Case Number: 08-13921<br><br>Honorable: Patrick J. Duggan<br><br>Magistrate: R. Steven Whalen<br><br>Claim Number: 1999A17377 |
| Theresa L. Smith aka Theresa A. Williamson,<br>          Defendant, | |

| | |
|---|---|
| Pamela S. Ritter<br>Attorney for Plaintiff<br>Holzman Ritter & Leduc PLLC.<br>28366 Franklin Road<br>Southfield, MI  48034<br>(248) 352-4340<br>usa@holzmanlaw.com<br>P47886 | Theresa L. Smith aka Theresa A. Williamson<br>In Pro Per Defendant<br>12659 Sorrento Street<br>Detroit, Michigan 48227 |

### ORDER FOR ENTRY OF CONSENT JUDGMENT
### WITH PARTIAL PAYMENT PROVISIONS

     Upon the stipulation of Pamela S. Ritter, attorney for the United States of America, plaintiff herein,

     IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Theresa L. Smith aka Theresa A. Williamson, in the principal amount of $1,038.40, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, and costs of $350.00, for a total balance of **$2,182.31 owing as of September 17, 2008**.

     IT IS FURTHER ORDERED that the Defendant, Theresa L. Smith aka Theresa A. Williamson, may satisfy said Judgment by making monthly payments of $65.00 beginning October 28, 2008.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 26, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 26, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager